**Order entered April 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00432-CV

### DALLAS COUNTY SCHOOLS, Appellant

### V.

### PAUL GREEN, Appellee

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-09857

## ORDER

We **GRANT** the parties' April 9, 2014 joint motion to stay **to the extent** that we **ABATE** this appeal for a period of sixty days to allow the parties time to negotiate a settlement agreement. This appeal will be reinstated sixty days from the date of this order or on motion of either party, whichever occurs sooner.

/s/    ADA BROWN
           JUSTICE
